IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-399-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY, )
                                           )
                       Plaintiff, )
                                           )
               v. )                          **ORDER**
                                           )
DAMASCUS ASSET MANAGEMENT, LLC, )
et al., )
                                           )
                       Defendants. )

The court has reviewed the record and the governing law. After considering plaintiff's motion to consolidate [D.E. 24], and plaintiff/counter-defendant's partial motion to dismiss the second and third counterclaims [D.E. 20], the motions are DENIED as meritless. Whether the counterclaims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 20 day of July 2021.

                                                                             JAMES C. DEVER III
                                                                             United States District Judge