IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-CV-00399-D

COLORADO BANKERS LIFE
INSURANCE COMPANY,

    *Plaintiff,*

v.

DAMASCUS ASSET MANAGEMENT,
LLC, ITECH FUNDING, LLC, and DAM
HOLDINGS I, LLC,

    *Defendants.*

**ORDER**

On this day, came to be considered the Unopposed Motion to Stay Proceedings filed by Defendants Damascus Asset Management, LLC, iTech Funding, LLC, and DAM Holdings I, LLC ("Defendants"). The Court, upon consideration of this motion, is of the opinion and finds that it should be GRANTED.

IT IS THEREFORE ORDERED THAT Defendants' Unopposed Motion to Stay Proceeding is GRANTED. This action is hereby stayed.

SO ORDERED. This the _6_ day of February, 2025.

                                        JAMES C. DEVER III
                                        United States District Judge